UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** § § | | |
| **Highland Capital Management, L.P.,** § § | Case No. 19-34054 | |
| Debtor. § § | | |
| **NexPoint Advisors, L.P.** *et al.*, § § | | |
| Appellants, § § | Civil Act. No. 3:22-cv-02170-S | |
| v. § § | *Appeal from the United States Bankruptcy Court for the Northern District of Texas Adv. No. 21-03010* | |
| **Highland Capital Management, L.P.,** § § | | |
| Appellee. § | | |

## UNOPPOSED MOTION TO EXTEND BRIEF DEADLINE

TO THE HONORABLE KAREN GREN SCHOLER,
UNITED STATES DISTRICT COURT JUDGE:

NOW COME appellants NexPoint Advisors, L.P. and Highland Capital Management Fund Advisors, L.P. ("Appellants") and file this *Unopposed Motion to Extend Brief Deadline*, in support of which they would respectfully show as follows:

Appellants initiated this bankruptcy appeal by filing a notice of appeal on September 20, 2022. The Bankruptcy Clerk transmitted the record on appeal to the District Court on November 22, 2022. Under Fed. R. Bankr. P. 8018(a)(1), the deadline for Appellants to file their brief is thirty days later, or December 22, 2022. Given the busy holiday season and the number and complexity of issues on appeal, Appellants contacted appellee Highland Capital Management, L.P. ("Appellee") to request an extension. Appellee has agreed to a 21-day extension of the brief deadline.

Under Fed. R. Bankr. P. 8013(b), the Court may rule on a procedural motion without awaiting a response. That is particularly appropriate here where Appellee has consented to the relief requested herein. Accordingly, Appellants respectfully request that the Court enter an order extending their brief deadline 21 days to January 12, 2023. Appellants make this request not for purposes of delay but so that justice may be done.

RESPECTFULLY SUBMITTED this 12th day of December, 2022.

MUNSCH HARDT KOPF & HARR P.C.

/s/ *Julian P. Vasek*
Davor Rukavina
Texas Bar No.
Julian P. Vasek
Texas Bar No. 24070790
500 N. Akard St., Ste. 3800
Dallas, TX 75201
214-855-7500
drukavina@munsch.com
jvasek@munsch.com

COUNSEL FOR APPELLANTS

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that he conferred with John Morris, counsel for Appellee, on December 8, 2022, and Appellee does not oppose the relief requested herein.

/s/ *Julian P. Vasek*
Julian P. Vasek

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on December 12, 2022, he caused a true and correct copy of this document to be served on the following recipient(s) via the Court's CM/ECF system:

Case Admin Sup      txnb_appeals@txnb.uscourts.gov

Melissa S Hayward      mhayward@haywardfirm.com, mholmes@haywardfirm.com

Stacey G Jernigan      sgj_settings@txnb.uscourts.gov, anna_saucier@txnb.uscourts.gov

Zachery Z Annable      zannable@haywardfirm.com, zannable@franklinhayward.com

/s/ *Julian P. Vasek*
Julian P. Vasek