# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **Highland Capital Management, L.P.,** | § | Case No. 19-34054 |
| | § | |
| Debtor. | § | |
| | § | |
| **NexPoint Advisors, L.P.** *et al.***,** | § | |
| | § | Civil Act. No. 3:22-cv-02170-S |
| Appellants, | § | |
| | § | *Appeal from the United States Bankruptcy* |
| v. | § | *Court for the Northern District of Texas* |
| | § | *Adv. No. 21-03010* |
| **Highland Capital Management, L.P.,** | § | |
| | § | |
| Appellee. | § | |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND BRIEF DEADLINE

Before the Court is the *Unopposed Motion to Extend Brief Deadline*, filed by appellants NexPoint Advisors, L.P. and Highland Capital Management Fund Advisors, L.P. ("Appellants"). Having considered the relief requested in the Motion and the agreement of the parties, it is hereby ORDERED that the motion is GRANTED, and Appellants' deadline to file their principal brief is extended to January 12, 2023.

Signed December ____, 2022.

 

 

Hon. Karen Gren Scholer
U.S. District Court Judge