# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| NEXPOINT ADVISORS, LP and<br>HIGHLAND CAPITAL MANAGEMENT<br>FUND ADVISORS, LP<br><br>v.<br><br>HIGHLAND CAPITAL MANAGEMENT,<br>L.P.<br>_____<br><br>IN RE:<br><br>HIGHLAND CAPITAL MANAGEMENT,<br>L.P. | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:22-CV-2170-S<br><br><br><br>BANKRUPTCY CASE<br>No. 19-34054-SGJ11; 21-03020-SGJ<br><br>Chapter 11 |

## ORDER

The Court has been advised that mediation has been ordered in the bankruptcy case underlying this appeal. *See* Bankruptcy Case No. 19-34054-SGJ11, Order Granting in Part and Denying in Part Motion to Stay and to Compel Mediation [ECF No. 3897]. Accordingly, the above-styled appeal is hereby **ABATED** and **ADMINISTRATIVELY CLOSED** until at least November 5, 2023, without prejudice to it being reopened thereafter upon a motion by any party or to enter a judgment.

**SO ORDERED.**

SIGNED August 15, 2023.

KAREN GREN SCHOLER
**UNITED STATES DISTRICT JUDGE**